UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SUNTRUST BANK,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROBERT L. TRENTHAM,  )<br>  )<br>    Defendants.  )<br>  ) | CASE NO. 3:12-0604<br>Judge Sharp/Bryant |

## ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The Initial Case Management Conference currently scheduled for August 6, 2012 at 10:00 a.m. is hereby reset for **August 27, 2012 at 11:00 a.m.**

It is so ORDERED.

*s/ John S. Bryant*
aaaaaaaaaaaaaaaaaaaaaaaaaaaaa
JOHN S. BRYANT
U.S. Magistrate Judge

APPROVED FOR ENTRY:


s/ Madison L. Martin
Madison L. Martin (Sup. Ct. No. 24027)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 244-5200  Fax: (615) 742-4126
madison.martin@stites.com
*Counsel for Plaintiff SunTrust Bank*