# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **SUNTRUST BANK,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. '5◁12-0604 |
| **ROBERT L. TRENTHAM,** | ) Lwfig'Ujctr1Dt{cpv ) |
| Defendants. | ) ) ) |

## ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The Initial Case Management Conference currently scheduled for August 6, 2012 at 10:00 a.m. is hereby reset for **August 27, 2012 at 11:00 a.m.**

„   K'ku'uq'QTFGTGF0

„                                            *s/ John S. Bryant*
                                             aaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
                                             LQJP'U0DT[CPV
                                             WU0'Oci kutcvg'Lwfig

APPROVED FOR ENTRY:


s/ Madison L. Martin
Madison L. Martin (Sup. Ct. No. 24027)
S<small>TITES</small> & H<small>ARBISON</small> PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 244-5200  Fax: (615) 742-4126
madison.martin@stites.com
*Counsel for Plaintiff SunTrust Bank*

952038:1:NASHVILLE